IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | |
|         Plaintiff,                  ) | 8:05cr165 |
|                                     ) | |
|    v.                               ) | |
|                                     ) | ORDER |
| RICKY DAVIS,                        ) | |
|                                     ) | |
|         Defendant.                  ) | |

The Clerk's Office has requested that Document Number 23 be stricken from the record for the following reason(s):

- Duplicate document of number 22.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 23 from the record.

DATED this 30th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge