IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR165 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| RICKY DAVIS, | ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that defendant Ricky Davis's Motion to Remove and Replace Counsel, Filing No. 31, is scheduled for hearing on **September 15, 2005, at 3:00 p.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

DATED this 12th day of September, 2005 .

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge