IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR165 |
| | ) | |
| v. | ) | |
| | ) | |
| RICKY DAVIS, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant, Ricky Davis. The defendant's Motion under 28 U.S.C. § 2255, Filing No. 70, is dismissed, with prejudice.

DATED this 4th day of January, 2007.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge